Wesley Miller, Appellee, v. Baltimore and Ohio Southwestern Railroad Company, Appellant.

Gen. No. 9,512.

130

opinion filed October 25, 1946; rehearing denied December 28, 1946; released for publication December 30, 1946. Graham & Graham and Hershey & Bliss, for appellant; Williams A. Eggers, of counsel; Hogan & Coale and Carl H. Preihs, for appellee. Opinion by PRESIDING JUSTICE DADY. Not to be published in full.